UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

EASTERN DIVISION                          C.A. NO. 08-10677-RGS

| | |
|---|---|
| Prison Legal News, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| Howard Clarke, | ) |
| James Bender, | ) |
| John Marshall, | ) |
| Kathleen Dennehy, | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41 (a) (1) (A) (ii), the plaintiff and defendants, Harold Clarke, James Bender, John Marshall and Kathleen Dennehy hereby stipulate, consent, and agree that the above-captioned action is dismissed with prejudice, and with each party waiving their right of appeal, if any.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By its attorney, | By their attorneys, |
| | NANCY ANKERS WHITE |
| | Special Assistant Attorney General |
| /s/ David Milton/Kaa | /s/ Kevin A. Anahory |
| David Milton, Esq. | Kevin A. Anahory, Esq. |
| Law Offices of | COMMONWEALTH OF MASSACHUSETTS |
| Howard Friedman, P.C. | Department of Correction |
| 90 Canal Street | Legal Division |
| Boston, MA 02114 | 70 Franklin Street, Suite 600 |
| (617) 742-4100 | Boston, MA 02110-1300 |
| | (617) 727-3300, ext. 125 |